UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re _____

Debtor

Case No. _____
      Amended

**CHAPTER 13 DEBTOR'S ATTORNEY'S COMPENSATION DISCLOSURE AND APPLICATION**

1. This compensation disclosure and application is made by debtor's attorney (applicant). Applicant applies for allowance of the compensation and expense reimbursement described herein.

2. Agreement [*check one*]

    ☐ A copy of the written agreement between debtor and applicant required by 11 U.S.C. § 528(a)(1) is attached.

    ☐ No agreement is attached because:

3. Payments

    a. As of the date of this Local Bankruptcy Form (LBF) 1305, the amount that applicant has received as compensation for services rendered or to be rendered or expenses incurred or to be incurred in contemplation of or in connection with the case, including the petition filing fee, whether or not held in trust, is $_____.

    b. Any amount received after the petition date is $_____.

    c. Any source of payment to applicant other than debtor is:_____.

    d. As of the date of this LBF 1305, the amount of expenses incurred in contemplation of or in connection with the case, including the petition filing fee, that applicant has paid, whether from applicant's funds or funds held in trust, is: $_____.

4. Schedule [*select Schedule 1, 2.(a), 2.(b), or 3, and complete corresponding blanks*]

    a. **Schedule 1** (life-of-the-case fixed fee):

i. Applicant has agreed to perform all legal services to debtor that are reasonably necessary in or in connection with this case for the entire life of the case, including contested matter litigation, but excluding adversary proceedings and appeals for the fixed fee of $_____ [*$5,500 maximum*] plus expenses of $_____ [*$600 maximum*], for a total of $_____.

ii. The unpaid agreed fee and expense amount is $_____ [*amount in paragraph 4.a.i. less the amount in paragraph 3.a.*].

b. **Schedule 2.(a)** (fixed fee through confirmation and initial audit of claims):

i. Applicant has agreed to perform all legal services to debtor that are reasonably necessary in or in connection with this case through confirmation of the plan and the initial audit of claims, including prepetition services in contemplation of the case, for the fixed total amount of $_____ [*$3,750 maximum*].

ii. The unpaid portion of the agreed amount for services described in paragraph 4.b.i is $_____ [*amount in paragraph 4.b.i less the amount in paragraph 3.a. plus the portion of the amount in paragraph 3.a that applicant received for expenses*].

iii. Applicant has also agreed to perform all other legal services to debtor that are reasonably necessary in or in connection with this case on the terms set forth in the attached agreement or, if there is no written agreement, as follows:

c. **Schedule 2.(b)** (hourly; estimated amount through confirmation and initial audit of claims):

i. Applicant has agreed to perform all legal services to debtor that are reasonably necessary for this case at hourly rates. The estimated total amount of compensation and expense reimbursement for all services through confirmation of the plan and the initial audit of claims, including prepetition services in contemplation of the case, is $_____. The earliest date of the services for which applicant seeks compensation is _____.

ii. The unpaid estimated compensation and expenses is $_____ [*amount in paragraph 4.c.i less the amount in paragraph 3.a.*].

iii. The agreement for compensation and expense reimbursement for all services and expenses in and in connection with this case is set forth in the attached agreement or, if there is no agreement, as follows:

d. **Schedule 3** (other):

i. Applicant has agreed to provide debtor with services in or in connection with this case on the terms set forth in the attached agreement or, if there is no written agreement, as follows:

ii. If another attorney previously filed an LBF 1305 in this case selecting Schedule 1 or, if the other attorney did not complete services through plan confirmation and the initial audit of claims, Schedule 2(a), the following is a description of incomplete services, compensation paid by the trustee to the other attorney, and any agreement among the other attorney and the debtor regarding the other attorney's fees:

5. If applicant has previously shared any compensation or there exists any agreement or understanding between applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case, other than as a member or regular associate of a firm of attorneys, the details of the sharing or sharing agreement are as follows:

6. On _____, applicant served this document on debtor.

Michael R. Blaskowsky
OSB #84176
For Todd Trierweiler
OSB #85348

_____
Applicant's Signature

_____
Type or Print Applicant's Name          OSB#

_____
Applicant's Telephone Number

_____
Applicant's Service Address

_____

**Instructions**

*See* Local Bankruptcy Rule (LBR) 2016-1(e) regarding who must file LBF 1305 and when it and any amendment must be filed.

*See* instructions in LBF 1307, *Chapter 13 Debtor's Attorney's Supplemental-Compensation Application*, regarding required contemporaneous time records.

Paragraph 4.(c) of the chapter 13 plan on LBF 1300.22 must be completed consistently with this LBF 1305.

If applicant selects Schedule 2.(b) and the agreed estimated total compensation, before credit for payments, exceeds $3,750, applicant must file a Chapter 13 Debtor's Attorney's Schedule 2.(b) Itemization on LBF 1306 no later than seven days before the final plan-confirmation hearing (*see* LBR 2016-1(e)(2)(A)).

DocuSign Envelope ID: 48CD937C-9E1E-4070-8FA8-E499CDB0EE25

Todd Trierweiler & Associates
4721 NE 102nd Avenue | Portland, Oregon 97220
(503) 253-7777 main | (503) 253-2959 fax

CHAPTER 13 FEE AGREEMENT – <mark>HOURLY</mark> - OR and WA

Client(s): Michael Davison                    Date: 06/02/2023

1. **ANTICIPATED FEES & COSTS**: Based on the facts that you have reported to the Todd Trierweiler & Associates (hereafter "lawyer") to date, the anticipated fees and costs are as follows:

| | | |
|---|---|---|
| Anticipated Pre-Confirmation Attorney Fees | 1a | $ 9500.00 |
| Bankruptcy Court Filing Fee | 1b | $ 313.00 |
| | Total | $ 9813.00 |
| Amount due before filing | | $ 3813.00 |

☒    The "amount due before filing" includes the filing fee.

☐    OR - The "amount due before filing" includes $185.00 towards the filing fee. You must pay the $128 balance of the filing fee directly to the court within 45 days of filing.*

*You will receive notice from the court as to how much and when each payment is due. Our office is not responsible for your failure to make the payments as required by the court. If you fail to make the required filing fee payments when due, your case will be dismissed and you will not receive a discharge of your debt. The court may allow you to re-open or re-file the case, but you will have to pay a new filing fee and attorney fees.

☐    WA – The "amount due before filing" includes $100 towards the filing fee. The balance of the filing fee will be paid through your Chapter 13 plan.

2. **FUNDS REQUIRED PRIOR TO FILING CASE**: The above "amount due before filing" in Section 1 above is deemed <u>fully earned upon receipt</u> and will not be held in the lawyer trust account. You can discharge lawyer at any time and, in that event, would be entitled to a refund of all or any part of the fee that lawyer has not earned. If lawyer withdraws, lawyer shall refund any part of the retainer that has not been earned.

3. **PRE-CONFIRMATION FEES:** "Confirmation" is the court's formal approval of your Chapter 13 Plan after notice to creditors and a hearing. "Pre-confirmation" is the period between filing your Chapter 13 and confirmation. Most cases are confirmed within 7-12 weeks from the filing of the case, absent special circumstances. Our Pre-Confirmation services include the following:

*    Attendance at 341 hearing and any Pre-Confirmation hearings
*    Amending the Plan
*    Amending schedules
*    Reviewing and resolving any Trustee objections
*    Reviewing and resolving any creditor objections
*    Motions to Extend or Impose Automatic Stay

*

    \*    Reviewing and resolving any Motions for Relief
    \*    Other case issues

PRE-CONFIRMATION ATTORNEY FEES SHALL BE DETERMINED AND PAID AS FOLLOWS:

<u>Hourly fees for Pre-Confirmation Services.</u> Under the terms of this section, you will still need to pay approximately $<mark>6,000.00</mark> for Pre-Confirmation services set forth in Section 1a above. THIS IS AN ESTIMATE ONLY. Our fees are incurred on an hourly basis and can only be estimated at this time. Because every case is different, it is impossible to know how much time will be expended in a particular case. You will be billed hourly for all of our Pre-Confirmation Services, and if the actual charges exceed the estimate in paragraph 1a, you will be responsible for all additional attorney fees incurred. Pre-Confirmation attorney fees that exceed the estimate in Section 1a above are generally paid through the Chapter 13 Plan after confirmation of the case, and after application and approval by the Court after Confirmation. Lawyer will maintain a time record of all legal services provided.

IT IS COMMON FOR HOURLY PRE-CONFIRMATION ATTORNEY FEES TO EXCEED THE ESTIMATE IN PARAGRAPH 1A.

Read and understood:    *MD*      _____
                                      Client initials      Client initials

4.    <u>POST CONFIRMATION FEES</u>: ADDITIONAL FEES ARE INCURRED IN ALL CASES. THE POST CONFIRMATION PERIOD STARTS AT CONFIRMATION AND TERMINATES AT DISCHARGE. YOU ARE RESPONSIBLE FOR ALL POST CONFIRMATION ATTORNEY FEES DURING THIS TIME PERIOD, <u>INCLUDING PHONE CALLS AND EMAILS</u>, EXCEPT FOR THE INITIAL AUDIT OF CLAIMS. THESE LEGAL SERVICES WILL BE BILLED AT THE LAWYER'S HOURLY RATE AND PAID VIA YOUR PLAN UPON APPROVAL BY THE COURT TO THE EXTENT POSSIBLE. HOURLY RATES ARE SUBJECT TO PERIODIC ADJUSTMENT TO REFLECT ECONOMIC CONDITIONS AND INCREASED EXPERIENCE AND EXPERTISE IN THIS AREA OF LAW AND MAY INCREASE FROM TIME TO TIME. LEGAL WORK SHALL BE BILLED IN MINIMUM THREE (3) MINUTE INCREMENTS.

POST CONFIRMATION ATTORNEY FEES INCLUDE THE FOLLOWING:

    \*    Amending the Plan
    \*    Amending schedules
    \*    Communicating with Trustee and resolving Trustee Objections
    \*    Communicating with Creditors and resolving Creditor Objections
    \*    Motions for Relief
    \*    Motions to Dismiss
    \*    Motion to Avoid Liens
    \*    Debtor Exams
    \*    Vehicle Purchase Requests (VPRs)
    \*    Assistance with loan modifications or sale/purchase of real property
    \*    Annual file review for feasibility and compliance with terms of the Plan
    \*    Annual review of taxes for potential impact on case
    \*    Answering client questions

  \*  Review of all items received in the office on behalf of client
  \*  Other case issues

You will receive ample notice and opportunity to comment on any supplemental fee applications filed. In most cases, files are initially reviewed for supplemental fees approximately 8-12 months from the date the case is filed. Your file may be reviewed earlier than 8 months. Fees are also reviewed periodically throughout your case, and cases with more activity will see more fee applications and higher fees. You may contact our office for a printout of fees incurred at any point in your case. Please note that additional attorney fees may extend the length of your plan or increase your monthly payments.

Read and understood: __MD__  _____
            Client initials  Client initials

5. Client's signature on this retainer authorizes the lawyer to work on client's case in preparation for filing a chapter 13 bankruptcy and related matters. Signature can be wet ink, a copy by fax or email, or electronic signature. Client is liable for all fees and costs incurred even if they choose not to file for bankruptcy, and will be billed accordingly.

6. Client is liable for attorney fees incurred in the preparation of their case whether or not they file. Client also remains liable for all unpaid attorney fees incurred if their chapter 13 cases is dismissed, and may be billed accordingly.

7. Client agrees to cooperate with lawyer to complete all forms requested by lawyer and to provide lawyer with all information necessary to enable lawyer to represent client's best interests. If client unreasonably declines to cooperate, or should knowingly provide lawyer with false or fraudulent information or testify untruthfully in any matter before the court, lawyer reserves the right to withdraw upon reasonable and adequate notice or, if necessary, seek leave of the court to resign.

8. To the extent allowed by law, this agreement authorizes lawyer to endorse and negotiate any checks that may be sent to client from any source and, unless otherwise warranted or agreed to by lawyer, apply funds first to unpaid fees and costs of lawyer before releasing to client. If permitted by law, should any party find it necessary to take steps to enforce this Agreement, the costs of doing so, including reasonable attorney fees before trial, at trial, or after appeal, as determined by the court, will be borne individually by each party for that party's own attorney fees. Any provision of this agreement may be found to be invalid without voiding the entire agreement. When lawyer has completed all the legal work necessary for client's case, lawyer will close lawyer's file and return original documents to client. Lawyer will then store the file for ten (10) years before destroying it.

9. Unused filing fees or costs will be applied to outstanding attorney fees. Any balance remaining after fees are paid will be refunded to the client.

10. MISCELLANEOUS PROVISIONS:

  a. There is a court cost of $32 to list additional creditors after filing a petition. This charge applies

each time you file an Amended Schedule (so if possible, be sure to consolidate your changes as much as possible). <u>These court costs typically must be paid in cash or certified funds directly to lawyer before the amendment will be filed</u>. In rare instances, the charges will be advanced by the Lawyer and paid through your Chapter 13 Plan. In addition, there may be additional attorney/paralegal fees incurred in the preparation and filing of any amendments. Any such attorney/paralegal fees and advanced costs (once court approved) shall be paid via your Chapter 13 Plan.

      b.      In addition to correspondence by US Mail, client consents to receive communication from lawyer via email and/or fax and concedes the confidentiality of such correspondence. Lawyer is granted express permission to email the client at the email address provided by the client. Should client communicate from an alternate email address, lawyer is authorized to respond to client at any email. Please do not email lawyer from an email address if you do not want a response sent to that address.

      c.      This Agreement and terms herein are valid for sixty (60) days from date of signing by either party. If no case has been filed within those 60 days, lawyer reserves the right to revoke and/or revise the Agreement and terms of representation (including, but not limited to, attorney fees) as allowed by law and state disciplinary rules.

      d.      Should additional facts be determined after the initial consultation that indicate the case is more complicated than presented at the initial appointment, lawyer reserves the right to cancel this fee agreement. Client and Lawyer can re-negotiate the fee agreement, or client will be free to find new counsel. Any unused fee deposit will be returned to the client.

## BANKRUPTCY COURT REPRESENTATION ONLY

You, the client, understand and agree that lawyer is agreeing to represent you only in the United States Bankruptcy Court for the District of Oregon or District of Washington. Thus, lawyer does not and shall not represent you in any way in any matter requiring an appearance of any kind in any court other than the United States Bankruptcy Court for the District of Oregon or District of Washington. Lawyer does not agree to represent client in criminal matters.

Client acknowledges reading a copy of this Agreement and consents to its terms.

DATED: 6/4/2023                Executed date: 6/2/2023

*Michael Davison*                 *Todd Trierweiler*
CLIENT                For Todd Trierweiler OSB# 85348, WSB#27845

_____
CLIENT

G:\FORMS\2021 NEW PC PACKET\CURRENT BK RETAINERS\OR ch 13 hourly 6.7.2022.docx

DocuSign Envelope ID: 48CD937C-9E1E-4070-8FA8-E499CDB0EE25

# TODD TRIERWEILER & ASSOCIATES
4721 NE 102nd Avenue
Portland, Oregon 97220
(503) 253-7777 / FAX (503) 253-2959

CURRENT HOURLY RATES:
**OREGON**

| | | |
|---|---|---|
| Todd Trierweiler | $445/Hour | $222.50/Hour Travel Time |
| Gerald Pederson | $430/Hour | $215/Hour Travel Time |
| Stephen Gindling | $415/Hour | $207.50/Hour Travel Time |
| Donna Smith | $430/Hour | $215/Hour Travel Time |
| Mike Blaskowsky | $410/Hour | $205/Hour Travel Time |
| Megan Rickert | $380/Hour | $190/Hour Travel Time |

| | |
|---|---|
| Paralegal | $240/Hour |
| Secretary | $ 85/Hour |
| Copies | 17-cents/copy |
| Postage | Cost |
| Pacer Charges | Cost – 10 Cents/page |