UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor

Case No. _____
    Amended

**NOTICE OF HEARING ON (Check One)**
    **MOTION TO EXTEND/IMPOSE**
    **STAY PER § 362(C)**
    **DEBTOR'S MOTION TO IMPOSE**
    **STAY PER § 362(N)**

*Instructions to Filer: See Local Bankruptcy Form (LBF) 721.3, Procedures re: Motions to Extend or Impose Stay Under 11 U.S.C. § 362(c) or § 362(n).*

YOU ARE NOTIFIED that the attached motion was filed by _____.

The name and service address of the movant's attorney (or movant, if no attorney) are:

(If debtor is the movant) The debtor's address and Taxpayer ID#(s) (last 4 digits) are:

**NOTICE IS GIVEN that:**

An evidentiary hearing by telephone on the motion, at which witnesses may testify, will be held as follows:

    **Date**:
    **Time:**
    **Call In Number:**    (888) 684-8852
    **Access Code:**    3702597

The movant must be present at the hearing.

### TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you. If you have problems connecting, call the court at (503) 326-1500 or (541) 431-4000.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

_____
Signature

I certify that on _____ this notice and the motion were served on the debtor(s), all creditors, any creditors' committee chairperson, and their respective attorneys.

See attached mailing matrix.

_____
Signature

_____
Relation to Moving Party

Michael R. Blaskowsky
OSB #84176
For Todd Trierweiler
OSB #85348

```
 1  TODD TRIERWEILER – OSB #85348
    Todd Trierweiler & Associates
 2  Attorneys at Law
    4721 N.E. 102nd Avenue
 3  Portland, Oregon  97220
    Phone:  503/253-7777
 4  Fax:  503/253-2959

 5  Attorney for Debtor

 6

 7

 8                 IN THE UNITED STATES BANKRUPTCY COURT

 9                     FOR THE DISTRICT OF OREGON

10  In re:                      )
                                )       Case No. 23-31245-pcm13
11  Michael Kennan Davison,     )
                                )       MOTION FOR ORDER
12                              )       EXTENDING AUTOMATIC
                        Debtor. )       STAY
13  _____

14      Debtor moves this Court for an order extending the

15  automatic stay provided for by 11 U.S.C. §362.  In support of

16  this Motion, Debtor relies upon 11 U.S.C. §362(c)(3), the

17  attached Declaration, and the following information:

18      1. Previous Case Information

19      Debtor filed the following Chapter 13 case which was

20  dismissed within one year of the filing of the current case:

21          Case No.: 19-31320-pcm13
            Date Filed: April 12, 2019
22          Date Dismissed: April 17, 2023
            Reason For Dismissal: Failure to Make Plan Payments.
23

24  / / / / /
```

**Page 1 of 3 – MOTION FOR ORDER EXTENDING AUTOMATIC STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone:  503/253-7777   --   Fax:  503/253-2959

Case 23-31245-pcm13    Doc 6    Filed 06/07/23

2. <u>Information as to Why Present Case Was Filed in Good Faith</u>

Debtor filed this case in an effort to prevent a foreclosure sale on a home in which he has a substantial amount of equity that had been scheduled for June 16, 2022. During the time Debtor was in his prior case, he was operating a business called Sevenfold Home which sold supplies to hotel clients. The Covid pandemic started approximately ten months after the filing of the case; consequently, orders from those hotels declined substantially over time, significantly reducing Debtor's business revenue. With the reduced revenue, Debtor was unable to continue with the payments called for under his Chapter 13 Plan. Debtor has since closed that business.

To replace the business income which was lost, Debtor is now renting out various portions of his home. In addition, Debtor and his wife now qualify for social security benefits, further enhancing their income. Debtor is confident that he will be able to complete his forthcoming Chapter 13 Plan.

3. <u>Specific Information Regarding Presumption of Bad Faith</u>

A presumption of bad faith herein arises under 11 U.S.C. §362(c)(3)(C)(i)(ii)(cc) as Debtor failed to perform the terms of his Chapter 13 Plan as was required.

/ / / / /

**Page 2 of 3 – MOTION FOR ORDER EXTENDING AUTOMATIC STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 -- Fax: 503/253-2959

Case 23-31245-pcm13    Doc 6    Filed 06/07/23

4.  Basis for Rebuttal of Presumption of Bad Faith

    As noted above, Debtor now has a steady source of income which represents a change in circumstances from those existing during his previous Chapter 13 case.

    Debtor will be available for the telephone hearing on the foregoing *Motion* to provide any further information the Court may require.

    Respectfully submitted this 7th day of June, 2023.


                                        /s/ Michael R. Blaskowsky
                                        Michael R. Blaskowsky
                                        OSB #84176
                                        *For* Todd Trierweiler
                                        OSB #85348
                                        Attorney For Debtor


                        CERTIFICATE OF SERVICE

    I certify that on June 7, 2023, I caused to be served via first-class mail a true and complete copy of the foregoing *Motion* to all creditors in this case, the names and addresses of which are set forth in the attached mailing matrix. The Chapter 13 Trustee and U.S. Trustee will receive notice of the foregoing *Motion* electronically via ECF.


                                        /s/ Michael R. Blaskowsky
                                        Michael R. Blaskowsky
                                        OSB #84176
                                        *For* Todd Trierweiler
                                        OSB #85348
                                        Attorney For Debtor

**Page 3 of 3 – MOTION FOR ORDER EXTENDING AUTOMATIC STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 -- Fax: 503/253-2959

Case 23-31245-pcm13    Doc 6    Filed 06/07/23

```
 1  TODD TRIERWEILER – OSB #85348
    Todd Trierweiler & Associates
 2  Attorneys at Law
    4721 N.E. 102nd Avenue
 3  Portland, Oregon  97220
    Phone:  503/253-7777
 4  Fax:  503/253-2959

 5  Attorney for Debtor

 6

 7

 8              IN THE UNITED STATES BANKRUPTCY COURT

 9                  FOR THE DISTRICT OF OREGON

10  In re:                    )
                              )       Case No. 23-31245-pcm13
11  Michael Kennan Davison,   )
                              )       DECLARATION OF
12                            )       MICHAEL K. DAVISON
                    Debtor.   )
13

14      I, Michael K. Davison, declare as follows:

15                              1.

16      I am the Debtor in the above-referenced matter, and make

17  this Declaration in support of my Motion For Order Extending

18  Automatic Stay filed in conjunction with this Declaration.

19  / / / / /

20  / / / / /

21  / / / / /

22  / / / / /

23  / / / / /

24  / / / / /

    Page 1 of 2 – DECLARATION OF MICHAEL K. DAVISON
```

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone: 503/253-7777  -- Fax: 503/253-2959

Case 23-31245-pcm13    Doc 6    Filed 06/07/23

2.

I have reviewed the *Motion For Order Extending Automatic Stay* filed in conjunction with this *Declaration*. The facts contained in that *Motion* are true and correct to the best of my knowledge and belief.

3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2023.

/s/ Michael K. Davison
Michael K. Davison

**Page 2 of 2 – DECLARATION OF MICHAEL K. DAVISON**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 -- Fax: 503/253-2959

Case 23-31245-pcm13    Doc 6    Filed 06/07/23

| | | |
|---|---|---|
| Advanced Dental Arts<br>1316 S.W. 13th Avenue #B<br>Portland, OR 97201 | Citibank/Home Depot<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Howard D. and E. Jean Bingham<br>c/o Nicholas J. Henderson<br>117 S.W. Taylor Street #300<br>Portland, OR 97204 |
| American Express National Bank<br>115 W. Towne Ridge Parkway<br>Sandy, UT 84070 | City Sprint<br>5555 W. 78th Street #D<br>Minneapolis, MN 55439 | Inn Above Tide<br>30 El Portal<br>Sausalito, CA 94965 |
| American Express National Bank<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Creekside Inn<br>3400 El Camino Real<br>Palo Alto, CA 94306 | Inn at Cannon Beach<br>3215 S. Hemlock Street<br>Cannon Beach, OR 97110 |
| Bandon Dunes Golf Club<br>440 First Street SE<br>Bandon, OR 97411 | Demi Hall<br>2041 S.W. Camelot Court<br>Portland, OR 97225 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Bank of America<br>P.O. Box 982284<br>El Paso, TX 79998 | Desert Riviera<br>610 E. Palm Canyon Drive<br>Palm Springs, CA 92264 | Jessica Armijo<br>1826 N.W. 29th Avenue<br>Portland, OR 97210 |
| Chase Bank<br>P.O. Box 15369<br>Wilmington, DE 19850 | Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054 | KeyBank N.A.<br>4910 Tideman Road<br>Brooklyn, OH 44144 |
| Chase Bank<br>c/o Robertson Anschutz<br>6409 Congress Avenue #100<br>Boca Raton, FL 33487 | Garden Court Hotel/El Prado Hotel<br>520 Cowper Street<br>Palo Alto, CA 94301 | Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 |
| Citibank<br>P.O. Box 5000<br>Sioux Falls, SD 57117 | Hotel California<br>424 E. Palm Canyon Drive<br>Palm Springs, CA 92264 | Nordstrom Bank/Schwab Premier B<br>3000 Schwab Way<br>Westlake, TX 76262 |
| Citibank<br>c/o LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603 | Howard D. and E. Jean Bingham<br>15363 N.W. Troon Drive<br>Portland, OR 97229 | Oregon Department of Revenue<br>Bankruptcy Unit<br>955 Center Street NE #353<br>Salem, OR 97301-2555 |
| Citibank<br>c/o Portfolio Recovery Associates<br>P.O. Box 41067<br>Norfolk, VA 23541 | Howard D. and E. Jean Bingham<br>81-138 Avenida de los Circos<br>Indio, CA 92203 | Pac-Fung Home Textiles - He Sha<br>c/o Brown & Joseph LLC<br>c/o Don Veviton<br>P.O. Box 249<br>Itasca, IL 60143 |

Pan Pacific Lotus  
1355 S.W. 84th Avenue  
Portland, OR 97225

Ted Troutman  
5075 S.W. Griffith Drive #220  
Beaverton, OR 97005

Wells Fargo Bank  
P.O. Box 10438 - MAC F8235-02F  
Des Moines, IA 50306

Perkins Accounting Services  
11444 Edgewood Place N.  
Champlin, MN 55316

Terminal Transport  
15745 N. Columbia Blvd. #100  
Portland, OR 97203

Willows Lodge  
14580 N.E. 145th Street  
Woodinville, WA 98072

Providence Health & Services  
P.O. Box 3299  
Portland, OR 97208

The Lodge at Columbia Point  
530 Columbia Point Drive  
Richland, WA 99352

Robert Magid  
11830 Kerr Parkway #350  
Lake Oswego, OR 97035

The Ocean Lodge  
2864 S. Pacific Street  
Cannon Beach, OR 97110

Rose Hotel  
807 Main Street  
Pleasanton, CA 94566

Tim Filkins CPA  
12909 S.W. 68th Avenue  
Portland, OR 97223

Saharoj Textile (1991) Co. Ltd.  
145, 147 Soi Sukhmuvit Road  
Bangchak Prakanong Bangkok  
Thailand 10260

U.S. Bank  
P.O. Box 108  
St. Louis, MO 63166

Scanwell Logistics  
108 W. Walnut Street #223  
Gardena, CA 90248

U.S. Bank  
P.O. Box 5229  
Cincinnati, OH 45201

Spitzer Technology Consulting  
12019 N.E. Sumner Street - Bldg. 1  
Portland, OR 97220

United Parcel Service Inc.  
55 Glenlake Parkway N.E.  
Atlanta, GA 30328

Synchrony Bank/Care Credit  
P.O. Box 965064  
Orlando, FL 32896-5064

Washington County Tax Collector  
155 North First Avenue #130  
Hillsboro, OR 97124

Synchrony Bank/Care Credit  
c/o Portfolio Recovery Associates  
P.O. Box 41067  
Norfolk, VA 23541

Washington County Tax Collector  
c/o Thomas A. Carr  
County Counsel  
155 North First Avenue #340  
Hillsboro, OR 97124