Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:                             )
                                   )     **Case No. 23-31245-pcm13**
**Michael Kennan Davison,**        )
                                   )     **ORDER EXTENDING**
                                   )     **AUTOMATIC STAY**
                    Debtor.        )

THIS MATTER came before the Court on June 13, 2023 on Debtor's June 7, 2023 *Motion For Order Extending Automatic Stay* [Doc. #6]. Debtor appeared through Michael R. Blaskowsky of his attorneys; no other appearances were noted. Having reviewed the *Motion* and the pleadings on file herein, having heard the representations of counsel, good cause appearing, and being fully advised in the premises,

**Page 1 of 2 – ORDER EXTENDING AUTOMATIC STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777    Fax: 503/253-2959

Case 23-31245-pcm13    Doc 13    Filed 06/16/23

1  IT IS HEREBY ORDERED that the automatic stay provided for
2 by 11 U.S.C. §362 is extended as to all creditors for the life
3 of this case.

# # #

SUBMITTED BY:


/s/ Michael R. Blaskowsky
Michael R. Blaskowsky
OSB #84176
*For* Todd Trierweiler
OSB #85348

cc via ECF:    Mr. Todd Trierweiler
               Mr. Wayne R. Godare
               U.S. Trustee


cc via Mail:   Mr. Michael K. Davison
               1355 S.W. 84th Avenue
               Portland, Oregon 97225

               All Creditors
               (At Address Listed In Court Records)

**Page 2 of 2 – ORDER EXTENDING AUTOMATIC STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone 503/253-7777 - Fax 503/253-2959

Case 23-31245-pcm13    Doc 13    Filed 06/16/23